UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK WHITICAR** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER:  21-0965** |
| **CIVIL DISTRICT COURT JUDGE DIVISION "D" NAKISHA ERIN-KNOTT** | **SECTION:  E (1)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the lawsuit is **DISMISSED** for failure to state a claim and for seeking monetary relief against a defendant who is immune from suit under 28 U.S.C. § 1915(e)(2)(B)(ii-iii).¹

**New Orleans, Louisiana, this 22nd day of November, 2021.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

¹ For the reasons stated in the Report and Recommendations, Plaintiff's Motion for Removal of Plaintiff's Home from Sheriff Auction, R. Doc. 4, is **DENIED**. Plaintiff's Motion for Appointment of Counsel, R. Doc. 3, is **DENIED AS MOOT**.